IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LINC ACQUISITION ONE, LLC : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:03-cv-00565 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| MARK E. VALENTINE, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

　　　　Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .Having heard the testimony of Mr. Scales, and having reviewed in open court the underlying agreements and the account balances on each aircraft, the Court finds such testimony and documentation credible and accurate. Consistent with its October 20, 2005 Order, the Court reiterates that Defendant Chell.com is liable for the combined amount of the Cessna and Falcon indebtedness in accordance with Count One of Plaintiff's Complaint; Defendant Cameron Chell is liable for the amount of the Cessna indebtedness in accordance with Count Two; Mark Valentine is liable for the combined amount of the Cessna and Falcon indebtedness in accordance with Count Three; and Stephanie Valentine is liable for the combined amount of the Cessna and Falcon indebtedness in accordance with Count Four. Accordingly, as to the Falcon as to the Falcon indebtedness, the Court FINDS Defendants Chell.com, Mark Valentine, and Stephanie Valentine jointly and severally liable for $6,026,940.21 as of June 22, 2006, with simple interest to accrue thereafter in the amount of $1746.80 per day, that is, at the rate of 18% per annum, and ENTERS Judgment in favor of Plaintiff in such amounts. As to the Cessna indebtedness, the Court FINDS ALL DEFENDANTS, Chell.com, Cameron Chell, Mark Valentine, and Stephanie Valentine jointly and severally liable for $1,294,378.87 as of June 22, 2006, with simple interest to accrue thereafter in the amount of $487.75 per day, that is the rate of 18% per annum, and ENTERS Judgment in favor of Plaintiff in such amounts. The Court further AWARDS court costs to Plaintiff, at an amount to be determined by the Clerk.

6/23/06　　　　　　　　　　　　　　　　　　　　　　James Bonini, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　s/Kevin Moser　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　Kevin Moser
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk